**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                    ) Case No. 26-22029-C-11
                                          )
B.A.D. LLC,                               )
                                          ) DATE: April 22, 2026
                      Debtor.             ) TIME: 11:00 a.m.
_____) DEPT: C

**ORDER TO SHOW CAUSE**

On April 13, 2026, a Voluntary Petition was filed in the above-referenced by B.A.D LLC ("Debtor").  Dkt. 1.  The petition reflects that the Debtor is not an individual and, as indicated on Form 201 question number 6 ("Type of Debtor"), the Debtor is a Corporation. *Id.* at page 2.  The petition was signed by Robert Robinson as the Manager of the Debtor. *Id.* at page 4. A business entity such as B.A.D. LLC may not represent itself in Federal Court. LBR 1001-1(c) incorporating Local District Court Rule 183(a); *see also Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993); *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.,* 366 F.3d 972, 973-74 (9th Cir. 2004)(citation omitted)("It is a longstanding rule that 'corporations and other unincorporated associations must appear in court through an attorney.'"). Accordingly, the court shall require Debtor to demonstrate that it has in fact retained counsel to represent it in this proceeding.

**IT IS ORDERED** that Debtor, B.A.D. LLC **SHOW CAUSE** in writing filed by April 20, 2026, why the court should not dismiss the case, convert the case, appoint a trustee or take other appropriate action for failure to retain counsel.

**IT IS FURTHER ORDERED** that the hearing on this order to show cause shall be heard on April 22, 2026 at 11:00 a.m. in courtroom 35.

Dated: April 14, 2026

_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

      The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

B.A.D. LLC
6236 Pleasant Valley Rd #A
El Dorado, CA 95623

Geoff Wiggs
Law Office of Geoff Wiggs
1900 Norfolk St., Suite 350
San Mateo, CA 94403

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814