Filed 04/15/26    Case 26-22029

Case: 26-22029



FILED

APR 1 5 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

4 - 16-26
10:20 Am

"Motion To Dismiss"

Your Honorable, I Robert Robinson Managing Member of (B.A.D. LLC) would like to dismiss my case and Refile at a later time with Counsel (LAWYER)... I believe my filing has some errors that I will need help to address. Your help in this matter is greatly appreciated thank you. (CASE # 26-22029)

Respectfully

R Robinson
for B.A.O LLC